UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARCHELLE C. HARRIS, | : |
| Plaintiff, | : |
| v. | : C. A. No.04CV00125 (PLF) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Clerk of the above Court will please show that all claims against Defendant Chad Hambrick in the above-captioned matter are dismissed with prejudice and without any admission of liability.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

For Plaintiff

____/s/Ted Williams/s/_____  _/s/Michael A. Stern/s/_____
Ted Williams, Esquire [414758]        MICHAEL A. STERN [354696]
1200 G Street, NW, Suite 800          Assistant Attorney General
Washington, DC 20016                  Chief Section II, Civil Litigation Division

        __/s/David A. Jackson/s/_____
DAVID A. JACKSON [471535]
Assistant Attorney General
Office of the Attorney General
441 4th Street, NW, Suite 6S079
Washington, D.C. 20001